UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE RIVERA MARES, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> ) <br> ) | Case No.: 10-CV-04449-LHK <br> Criminal Case No.: 09-CR-00885-LHK-1 <br><br> ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION |

Petitioner Jose Rivera Mares, a prisoner in federal custody, has filed a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255. Good cause appearing, the Court hereby orders as follows:

(1) The Clerk of the Court shall serve a copy of this Order, the motion, and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

(2) Within 30 days of this Order, Respondent shall file with this Court and serve upon Movant an answer or other response in conformance with Rule 5 of the Rules Governing Section 2255 proceedings.

(3) Movant may file a reply within 30 days of receiving Respondent's answer.

//

//

1

Case No.: 10-CV-04449-LHK, 09-CR-00885-LHK-1
ORDER DIRECTING UNITED STATES TO RESPOND TO § 2255 MOTION

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the reply or upon expiration of the time to file a reply.

**IT IS SO ORDERED.**

Dated: January 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge